of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Solicitor General Beck* and *Mr. Adrien F. Busick* for petitioner. No appearance for respondent.

---

No. 540. JULIUS F. SMIETANKA, COLLECTOR OF INTERNAL REVENUE, ETC. *v.* FIRST TRUST & SAVINGS BANK, TRUSTEE, ETC. October 24, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. John P. Wilson* for respondent. [See *ante*, 602.]

---

No. 545. TAKUJI YAMASHITA ET AL. *v.* J. GRANT HINKLE, AS SECRETARY OF STATE OF THE STATE OF WASHINGTON. October 24, 1921. Petition for a writ of certiorari to the Supreme Court of the State of Washington granted. *Mr. Corwin S. Shank* for petitioners. No brief filed for respondent.

---

No. 550. EIBEL PROCESS COMPANY *v.* MINNESOTA & ONTARIO PAPER COMPANY. October 24, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Frederick P. Fish, Mr. Guy Cunningham* and *Mr. Harrison F. Lyman* for petitioner. *Mr. Amasa C. Paul* and *Mr. Livingston Gifford* for respondent.

---

No. 367. LIBERTY OIL COMPANY *v.* CONDON NATIONAL BANK ET AL.;
No. 377. OLE TOLO *v.* STEAMSHIP HANNAH NEILSON, HER ENGINES, ETC.;
No. 381. SIOUX CITY BRIDGE COMPANY *v.* DAKOTA COUNTY, NEBRASKA;
No. 434. DOO FOOK *v.* UNITED STATES; AND